# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

DANIEL O'BRIEN,

    Plaintiff(s),

v.

PROGRESSIVE DIRECT INSURANCE COMPANY, et al.,

    Defendant(s).

Case No.: 2:20-cv-01901-JCM-NJK

**ORDER**

To date, the parties have not filed a joint stipulated discovery plan as required by Local Rule 26-1(a). The parties are hereby **ORDERED** to file a joint proposed discovery plan no later than December 8, 2020.

IT IS SO ORDERED.

Dated: December 1, 2020

_____
Nancy J. Koppe
United States Magistrate Judge

1