**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DANIEL O'BRIEN,<br><br>        Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT AUTO INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE; MICHAEL GODINHO, an individual; DOE INDIVIDUALS I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>        Defendants. | CASE NO.:   2:20-cv-01901<br><br>**ORDER GRANTING STIPULATION TO AMEND COMPLAINT** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, by and through counsel undersigned, that the Plaintiff may amend his Complaint as illustrated in the proposed First Amended Complaint, attached hereto as **Exhibit 1**.

Plaintiff shall promptly file and serve his amended complaint.

IT IS SO ORDERED.

Dated: March 12, 2021

_____
U.S. MAGISTRATE JUDGE

1