RYAN L. DENNETT, ESQ.
Nevada Bar No. 005617
rdennett@dennettwinspear.com
JENNIFER INSLEY MICHERI, ESQ.
Nevada Bar No. 010089
Jinsley-micheri@dennettwinspear.com
**DENNETT WINSPEAR, LLP**
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone:   (702) 839-1100
Facsimile:   (702) 839-1113
*Attorneys for Defendants, Progressive Direct Insurance Company; Progressive Casualty And Michael Godinho*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DANIEL O'BRIEN, individually,<br><br>                                     Plaintiff,<br><br>vs.<br><br>PROGRESSIVE DIRECT INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; MICHAEL GODINHO, an individual, DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>                                     Defendants. | Case No: 2:20-cv01901-JCM-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between MARK L. JACKSON, ESQ., of the RICHARD HARRIS LAW FIRM, attorneys for Plaintiff, DANIEL O'BRIEN and RYAN L. DENNETT, ESQ., of the law firm of DENNETT WINSPEAR, LLP, attorneys for Defendants, PROGRESSIVE DIRECT INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY and MICHAEL GODINHO, that the within matter be dismissed, with prejudice, each

///

///

///

///

///

party to bear their own attorneys' fees and costs.

DATED: 10-20-21

**DENNETT WINSPEAR, LLP**

By _____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
3301 N. Buffalo Drive, Suite 195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendants, Progressive Direct Insurance Company; Progressive Casualty And Michael Godinho*

DATED: October 20, 2021

**RICHARD HARRIS LAW FIRM**

By _____
MARK L. JACKSON, ESQ.
Nevada Bar No. 10905
801 South Fourth Street
Las Vegas, Nevada 89101
Telephone: (702) 444-4444
Facsimile: (702) 444-4455
*Attorneys for Plaintiff, Daniel O'Brien*

## ORDER

UPON STIPULATION OF COUNSEL and good cause appearing,

IT IS SO ORDERED.

DATED: October 25, 2021

_____
U.S. DISTRICT COURT JUDGE

Submitted by:

**DENNETT WINSPEAR, LLP**

By _____
RYAN L. DENNETT, ESQ.
Nevada Bar No. 5617
3301 N. Buffalo Drive, #195
Las Vegas, Nevada 89129
Telephone: (702) 839-1100
Facsimile: (702) 839-1113
*Attorneys for Defendants, Progressive Direct Insurance Company; Progressive Casualty And Michael Godinho*

2